# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TAMMY JOHNSON, individually and on behalf of others similarly situated,<br><br>                Plaintiff,<br><br>     v.<br><br>MIDWESTERN PET FOODS, INC., an Indiana Corporation.<br><br>    Defendant. | Case No.: 3:21-cv-00009<br><br>CLASS ACTION |

## SUMMONS IN A CIVIL ACTION

TO:

    Midwestern Pet Foods, Inc.
    ZIEMER, STAYMAN, WEITZEL & SHOULDERS, LLP
    20 NW First Street, 9th Floor
    Evansville, IN  47708

    A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) ☐ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ☐ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

                *Scott D. Gilchrist*
                *COHEN & MALAD, LLP*
                *One Indiana Square, Suite 1400*
                *Indianapolis, IN  46204*

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

                                                          *CLERK OF COURT*

Date: _____          _____
                                                          *Signature of Clerk or Deputy Clerk*

<>Civil Summons (Page 2)

Civil Action Number: _____

# PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                             *Server's Signature*


                                                             _____
                                                             *Printed name and title*


                                                             _____
                                                             *Server's address*

Additional information regarding attempted service, etc.