**COMPANY ANNOUNCEMENT**

# Midwestern Pet Foods Voluntarily Recalls Pet Food Recall for Aflatoxin Health Risk

> When a company announces a recall, market withdrawal, or safety alert, the FDA posts the company's announcement as a public service. FDA does not endorse either the product or the company.
>
> Read Announcement    View Product Photos

## Summary

**Company Announcement Date:**

December 30, 2020

**FDA Publish Date:**

December 30, 2020

**Product Type:**

Animal & Veterinary
Food & Beverages
Pet Food

**Reason for Announcement:**

Elevated levels of aflatoxin

**Company Name:**

Sportmix

**Brand Name:**

Sportmix

**Product Description:**

Dog and Cat Food

## Company Announcement

Midwestern Pet Foods, Inc., of Evansville, IN is issuing a voluntary recall of the below listed dog and cat food products due to tests indicating levels of Aflatoxin that exceed acceptable limits. Products were distributed nationally to online distributors and retail stores.

Top ()

Aflatoxin is a toxin produced by the mold *Aspergillus flavus*, which can grow on corn and other grains used as ingredients in pet food. At high levels, aflatoxin can cause illness and death in pets.

There have been reports of illnesses and deaths in dogs associated with the below listed lots of Sportmix High Energy. No cat or human illnesses have been reported.

If your pet shows signs of aflatoxin poisoning including sluggishness, loss of appetite, vomiting jaundice (yellowish tint to the eyes, gums, or skin due to liver damage), and/or diarrhea, contact a veterinarian immediately. Provide a full diet history to your veterinarian. It may be helpful to take a picture of the pet food label, including the lot number.

Lot code information may be found on the back of bag and will appear in a three-line code, with the top line in format "**EXP 03/03/22/05/L#/B###/HH:MM**" as follows (see below in pictures section).

Retailers and distributors should immediately pull recalled lots from their inventory and shelves. Do not sell or donate the recalled products. Retailers are encouraged to contact consumers who have purchased the recalled products, if you have the means to do so (frequent buyer cards, etc.).

Pet parents: do not feed the recalled products to your pets or any other animals. Destroy the products in a way that children, pets and wildlife cannot access them. Wash and sanitize pet food bowls, cups and storage containers.

Contact Midwestern Pet Foods Consumer Affairs at 800-474-4163, ext. 455 from 7AM to 4PM Central Time, Monday through Friday, or by email at info@midwesternpetfoods.com (mailto:info@midwesternpetfoods.com) for additional information.

This is a voluntary recall conducted in cooperation with the U.S. Food and Drug Administration.

Recalled lot codes are as follows:

- 50# Sportmix Energy Plus Lots Exp 03/02/22/05/L2, 03/02/22/05/L3, 03/03/22/05/L2
- 44# Sportmix Energy Plus Lots 03/02/22/05/L3
- 50# Sportmix Premium High Energy Lots 03/03/22/05/L3
- 44# Sportmix Premium High Energy Lots 03/03/22/05/L3
- 31# Sportmix Original Cat Lots 03/03/22/05/L3
- 15# Sportmix Original Cat Lots 03/03/22/05/L2, 03/03/22/05/L3

Products may be identified as follows (see below in pictures section):

Top ()

Expanded Press Release (/safety/recalls-market-withdrawals-safety-alerts/midwestern-pet-foods-voluntarily-expands-recall-pet-food-aflatoxin-health-risk)

## Company Contact Information

**Consumers:**

Contact Midwestern Pet Foods Consumer Affairs

📞 800-474-4163, ext. 455

✉ info@midwesternpetfoods.com (mailto:info@midwesternpetfoods.com)

## Product Photos



 Top ()







Top ()



TARGETED NUTRITION FOR DOGS
NET WT. 50 LBS. (22.68 kg)

Top ()




Top ()

 More Recalls, Market
Withdrawals, &
Safety Alerts (/safety/recalls-market-withdrawals-safety-alerts)

Top ()