EXHIBIT B

**COMPANY ANNOUNCEMENT**

# Midwestern Pet Foods Voluntarily Expands Recall of Pet Food for Aflatoxin Health Risk

When a company announces a recall, market withdrawal, or safety alert, the FDA posts the company's announcement as a public service. FDA does not endorse either the product or the company.

Read Announcement    View Product Photos

## Summary

**Company Announcement Date:**

January 11, 2021

**FDA Publish Date:**

January 11, 2021

**Product Type:**

Animal & Veterinary
Food & Beverages
Pet Food

**Reason for Announcement:**

Aflatoxin Levels Exceed Acceptable Levels

**Company Name:**

Midwestern Pet Foods Inc.

**Brand Name:**

Sportmix, Nunn Better, ProPac, and Others

**Product Description:**

Dog and Cat Pet Food

## Company Announcement

Midwestern Pet Foods, Inc., of Evansville, IN is expanding its December 30, 2020 voluntary recall of certain dog and cat food products produced in our Chickasha Operations Facility to include all dog and cat pet food products made with corn products because those products may contain aflatoxin levels which exceed acceptable limits. Products were distributed nationally to ()

online distributors and retail stores nationwide. Midwestern Pet Foods is expanding its voluntary recall out of an abundance of caution to help protect the health and safety of pets. The products recalled cover all that expire on or before July 9, 2022, depicted as "07/09/22" in the date code on the product, as discussed below. Products with expiration dates after 07/09/22 are not included in the recall.

Aflatoxin is a toxin produced by the mold *Aspergillus flavus*, which can grow on corn and other grains used as ingredients in pet food. At high levels, aflatoxin can cause illness and death in pets.

There have been reports of illnesses and deaths in dogs associated with certain lots of products. No human illnesses have been reported. Out of an abundance of caution, we have expanded this recall to cover all corn products containing pet foods with expiration dates prior to 07/09/22.

If your pet shows signs of aflatoxin poisoning including sluggishness, loss of appetite, vomiting jaundice (yellowish tint to the eyes, gums, or skin due to liver damage), and/or diarrhea, contact a veterinarian immediately. Provide a full diet history to your veterinarian. It may be helpful to take a picture of the pet food label, including the lot number and best buy date.

Lot code information may be found on the back of bag and will appear in a three-line code, with the top line in format "**EXP 03/03/22/05/L#/B###/HH:MM**".

As explained above, this recall covers ONLY product manufactured at Midwestern Pet Food's Chickasha, Oklahoma facility. Note that the unique Chickasha Facility identifier is located in the date code as a

**"05" and "REG. OK-PFO-0005"** at the end of the date code.

In addition, the only Midwestern Pet Foods facility that produces product bearing a three-line date code is our Chickasha Facility (See first image below).

Retailers and distributors should immediately pull recalled lots from their inventory and shelves. Do not sell or donate the recalled products. Retailers are encouraged to contact consumers who have purchased the recalled products, if you have the means to do so (frequent buyer cards, etc.).

Pet parents: do not feed the recalled products to your pets or any other animals. Destroy the food in a way that children, pets and wildlife cannot access them. Wash and sanitize pet food bowls, cups, and storage containers. Always ensure you wash and sanitize hands after handling recalled food or any utensils which have contacted recalled food. Contact Midwestern Pet Foods Consumer Affairs at 800-474-4163, ext. 455 from 7AM to 4PM Central Time, Monday through Friday, or by email at info@midwesternpetfoods.com (mailto:info@midwesternpetfoods.com) for additional information.

Top ()

This voluntary recall is being conducted in cooperation with the U.S. Food and Drug Administration. All other Midwestern Pet Foods products are unaffected by this recall action.

Recalled products are as follows, with lot codes found in Expanded Recall Lot Numbers (/media/145066/download):

Pro Pac Adult Mini Chunk

Pro Pac Performance Puppy

Splash Fat Cat 32%

Nunn Better Maintenance

Sportstrail 50

Sportmix Original Cat 15

Sportmix Original Cat 31

Sportmix Maintenance 44

Sportmix Maintenance 50

Sportmix High Protein 50

Sportmix Energy Plus 44

Sportmix Energy Plus 50

Sportmix Stamina 44

Sportmix Stamina 50

Sportmix Bite Size 40

Sportmix Bite Size 44

Sportmix High Energy 44

Sportmix High Energy 50

Sportmix Premium Puppy 16.5

Sportmix Premium Puppy 33


Original Press Release (/safety/recalls-market-withdrawals-safety-alerts/midwestern-pet-foods-voluntarily-recalls-pet-food-recall-aflatoxin-health-risk)

---

# Company Contact Information

**Consumers:**

Midwestern Pet Foods Consumer Affairs

📞 800-474-4163, ext. 455

✉ info@midwesternpetfoods.com (mailto:info@midwesternpetfoods.com)

---

## Product Photos





Case 3:21-cv-00009-RLY-MPB Document 1-4 Filed 01/15/21 Page 6 of 24 PageID #: 53










Top ()

1/15/2021 Midwestern Pet Foods Voluntarily Expands Recall of Certain Lots of Pet Food Due to Aflatoxin Health Risk | FDA

Case 3:21-cv-00009-RLY-MPB Document 1-4 Filed 01/15/21 Page 9 of 24 PageID #: 56








Top ()





Top ()








Top ()

1/15/2021
Case 3:21-cv-00009-RLY-MPB   Document 1-4   Filed 01/15/21   Page 16 of 24 PageID #: 63
Midwestern Pet Foods Voluntarily Expands Recall of Certain Dog and Cat Food Due to Potential Aflatoxin Health Risk | FDA



Case 3:21-cv-00009-RLY-MPB Document 1-4 Filed 01/15/21 Page 17 of 24 PageID #: 64



⊖ More Recalls, Market
Withdrawals, &
Safety Alerts (/safety/recalls-market-withdrawals-safety-alerts)

⌃
Top ()

Case 3:21-cv-00009-RLY-MPB    Document 1-4    Filed 01/15/21    Page 19 of 24 PageID #: 66